FREDERIC CURRIE et al., Doing Business under the Firm Name of CURRIE & BOYCE, Appellants, *v.* FRANK J. SPRAGUE, Respondent.

*Currie* v. *Sprague*, 138 App. Div. 900, affirmed.
(Argued September 28, 1910; decided October 18, 1910.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 13, 1910, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the answer in an action to recover the balance of an account.

The following questions were certified:

"1. Is the separate defense of the amended answer set forth under the caption 'For a further answer and defense to each and every of the causes of action set forth in the amended complaint' sufficient in law upon the face thereof?

"2. Does the counterclaim alleged in the amended answer state facts sufficient to constitute a cause of action?"

*Walter W. Irwin* for appellants.

*Meier Steinbrink* and *Paul Eugene Jones* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.